AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

United States of America
v.
Charles Sebastian Reeser
Defendant(s)

Case No. 26-4532 MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 9/1/2026 in the county of Dona Ana in the District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 111(a)(1) and (b) | Assault, resist, and impede certain officers or employees |

This criminal complaint is based on these facts:
See Affdiavit in Support of Criminal Compliant, incorporated herein by reference.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Lilly Aldana, FBI Special Agent
*Printed name and title*

Electronically signed and telephonically sworn to.

Date: ____________

[signature]
*Judge's signature*

City and state: Las Cruces, New Mexico

Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Lilly Aldana, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 2024. I have gained experience through training and everyday work relating to conducting criminal investigations. Prior to becoming a Special Agent of the FBI, I earned bachelor's and master's degrees in criminal justice. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including Title 18 of the United States Code. I am currently assigned to the Albuquerque Field Office, Las Cruces Resident Agency, New Mexico. Prior to my current position, I was employed for three years as a Federal Probation Officer with the United States Probation Office, Western District of Texas. I am currently assigned to investigate violations of federal law.

2. The information contained herein is based upon my investigation as well as information supplied to me by other duly sworn law enforcement officers, and does not contain all information known to me, only facts for consideration of probable cause. I make this affidavit in support of a criminal complaint that there is probable cause to find that Charles Sebastian Reeser (Reeser), violated 18 U.S.C. §§ 111(a)(l) and (b), Assaulting, resisting, or impeding certain officers or employees.

**Relevant Statutes**

3. Title 18 U.S.C. § 111(a)(l), makes it a crime for someone to "forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties." A Homeland Security

Investigation (hereinafter "HSI") Agent and Federal Bureau of Investigation (FBI) Task Force Officer (TFO) constitute people designated in section 1114.

**Details of the Investigation**

4. On September 1, 2026, agents of the FBI Las Cruces Resident Agency learned from the United States Marshals Service (USMS) that two HSI agents were assaulted, intimidated, and interfered with while engaged in the performance of official duties by someone who pointed an AK-47 style rifle at them.

5. On September 1, 2026, Victim 1, an HSI agent and FBI TFO, was on duty assisting the USMS with active warrants. Victim 1 was sitting in the driver's seat of his unmarked government vehicle checking on an apartment complex at 1301 S. Espina St, Las Cruces, New Mexico, 88001. Victim 1's vehicle does not have a tinted windshield, and the emergency lights are visible. Victim 1 was wearing a tactical vest which displayed a badge and agency (HSI).

6. On September 1, 2026, Victim 2, an HSI agent, was on duty assisting USMS with active warrants. Victim 2 was seated in the passenger seat of Victim's 1 vehicle observing the same apartment complex. Victim 2 was wearing a tactical vest which displayed a badge and agency (HSI).

7. As Victims 1 and 2 were sitting outside the apartment complex, they observed someone, later identified as Reeser, seated in the driver's seat of a vehicle in possession of what was later determined to be an Avtomat Kalashnikova 1947 (AK-47). Resser was wearing a shiesty mask, which is a full-face balaclava or ski mask that leaves only the eyes and sometimes the nose exposed. Victims 1 and 2 observed Resser manipulating the bolt on the right side of the AK-47. Reeser slightly opened the door of the vehicle and pointed the muzzle of the AK-47 at a passing vehicle. Reeser then got back into the vehicle and closed the door.

8. Upon observing Reeser point the AK-47 at a passing vehicle, Victim 1 drove to a different location for a safer position. As Victims 1 and 2 were approaching Foster road and Alamo Street, in Las Cruces, Resser got out of the vehicle with the AK-47 in his hands and pointed the AK-47 directly at Victims 1 and 2 while they were seated in Victim 1's vehicle. Resser then entered an apartment with the AK-47. A grainy picture of Reeser with the AK-47, prior to him entering the apartment is below.



9. A short time later, Reeser exited the apartment without the AK-47 and was taken into custody without incident.

10. Reeser gave consent to search the apartment, and agents located the AK-47 inside the apartment. The AK-47 was fully loaded with a round in the chamber. A picture of the AK-47 is below.



11. FBI Special Agent Lilly Aldana interviewed Reeser. Reeser stated that Victims 1 and 2 were following him, and that he did not know who they were, but he could not have someone mess with him, which is why he pointed the AK-47 at them.

12. Before being transported to the Doña Ana County Detention Center, Resser asked if he could provide his father with a contact number. FBI SA Aldana provided Resser with his cellphone. However, instead of going to his contacts, Resser messaged someone that it had been "homeland." I assessed this to mean that Reeser was messaging someone that he was being followed by, and pointed his AK-47 at, HSI agents. Notably, at that time, Resser had neither been interviewed nor informed that Victims 1 and 2 were HSI agents.

13. I submit that probable cause exists to believe that Charles Sebastian Reeser assaulted, resisted, and impeded an officer of the United States, in violation of 18 U.S.C. §§ 111(a)(1) and (b).

14. This affidavit was reviewed by AUSA Mark Saltman

Respectfully submitted,

Lilly Aldana
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on September 2, 2026.

HONORABLE JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE